IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARMIN INTERNATIONAL, INC., GARMIN USA, INC., AND GARMIN SWITZERLAND GMBH <br> Plaintiffs, <br><br> v. <br><br> BRYTON, INC., <br><br> Defendant. | Case No. 11-CV-2162 <br><br> **JURY TRIAL DEMANDED** |

## JOINT NOTICE OF SETTLEMENT

As explained in the parties' previously-filed Joint Motion to Extend Deadlines (Dkt. 50), Plaintiffs Garmin International, Inc., Garmin USA, Inc., Garmin Switzerland GMBH, and Defendant Bryton, Inc., have been negotiating a resolution to this matter. The Court extended certain deadlines until today, November 23, 2011, to permit the parties to continue these negotiations. ( Dkt. 51).

As a result of the negotiations, the parties have reached a settlement agreement in principal, but require additional time to finalize and arrange for execution of the settlement agreement. Absent unforeseen difficulties in finalizing and executing the settlement agreement, the parties intend to jointly dismiss the claims in this lawsuit before December 31, 2011. Accordingly, the parties have agreed to stay all pending deadlines, including the items enumerated in Dkt. 51, which were due today.

                                    Respectfully submitted,

Dated November 23, 2011          */s/ Adam P. Seitz*
                                    Adam P. Seitz (KS Bar No. 21059)
                                    aseitz@shb.com
                                    Michelle L. Marriott (*pro hac vice*)
                                    Aaron W. Purser (*pro hac vice*)
                                    Mary Jane Peal (*pro hac vice*)

                                    Shook, Hardy & Bacon LLP
                                    2555 Grand Boulevard
                                    Kansas City, Missouri 64108
                                    816-474-6550 Telephone
                                    816-421-5547 Facsimile
                                    Attorney for Plaintiffs


Dated November 23, 2011          */s/ James Kernell*
                                    James Kernell (KS Bar No. 19559)
                                    jjk@kcpatentlaw.com
                                    ERICKSON, KERNELL,
                                    DERUSSEAU & KLEYPAS, LLC
                                    800 West 47th Street, Suite 401
                                    Kansas City, Missouri 64112
                                    816-753-6777 Telephone
                                    816-753-6888 Facsimile
                                    Attorney for Defendant

                                    Chris Kao (*pro hac vice*)
                                    HAVERSTOCK & OWENS LLP
                                    162 North Wolfe Road
                                    Sunnyvale, California 94086
                                    408-530-9700 Telephone
                                    408-530-9797 Facsimile
                                    Attorney for Defendant