IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARMIN INTERNATIONAL, INC., <br> GARMIN USA, INC., AND <br> GARMIN SWITZERLAND GMBH <br> Plaintiffs, <br><br> v. <br><br><br> BRYTON, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    Case No. 11-CV-2162 <br> ) <br> )    **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Garmin International, Inc., Garmin USA, Inc., and Garmin Switzerland GMBH ("Garmin") and Defendant Bryton, Inc. ("Bryton"), through the undersigned counsel, hereby stipulate that:

1. All claims asserted by Garmin against Bryton in this action are dismissed without prejudice;

2. All counterclaims asserted by Bryton against Garmin in this action are dismissed without prejudice; and

3. The parties shall bear their own costs, expenses, and attorneys' fees associated with the prosecution and defense of this action.

Agreed to in Form and Substance By:

/s/ _____
Adam P. Seitz (Kansas Bar No. 21059)
aseitz@shb.com
Michelle L. Marriott (*pro hac vice*)
Mary Jane Peal (*pro hac vice*)
Aaron W. Purser (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

**ATTORNEYS FOR PLAINTIFFS GARMIN INTERNATIONAL, INC., GARMIN USA, INC., AND GARMIN SWITZERLAND GMBH**

/s/ _____
James Kernell
ERICKSON, KERNELL, DERUSSEAU
& KLEYPAS, LLC
800 West 47th Street, Suite 401
Kansas City, Missouri 64112
jjk@kcpatentlaw.com

Chris Kao
HAVERSTOCK & OWENS LLP
162 North Wolfe Road
Sunnyvale, California 94086
ckao@hollp.com

**ATTORNEYS FOR DEFENDANT BRYTON, INC.**


SO ORDERED THIS ___ DAY OF _____


_____
UNITED STATES DISTRICT COURT JUDGE